# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Corieal Larome Holmes,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:22-cv-00163-FDW |
| | ) | 3:17-cr-00210-FDW-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2022 Order.

June 28, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court